UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY BERNCICH,<br><br>    Plaintiff,<br><br>v.<br><br>JASON CUNNINGHAM,<br><br>    Defendant. | Case No. 17-cv-02708-HSG<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION REGARDING REMAND TO STATE COURT**<br><br>Re: Dkt. No. 6 |

The Court has reviewed Magistrate Judge Kim's Report and Recommendation Re Remand to State Court. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly,

IT IS HEREBY ORDERED that this case is remanded to Sonoma County Superior Court. The Clerk is directed to remand the case and close the file.

**IT IS SO ORDERED.**

Dated: July 7, 2017

HAYWOOD S. GILLIAM, JR.
United States District Judge